UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | 07cr123(8) | (JNE) |
| | 11cv55 | (JNE) |
| Plaintiff, | | |
| v. | **ORDER** | |
| COREY LEE NELSON-HUGHES, | | |
| Defendant. | | |

For the reasons stated in the Government's responsive memorandum, and pursuant to the en banc opinion of the Court of Appeals for the Eighth Circuit in <u>Sun Bear v. United States</u>, 644 F.3d 700 (8th Cir. en banc 2011), the 28 U.S.C. § 2255 motion of Corey Lee Nelson-Hughes is denied.

DATED: January 5, 2012

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court